■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE PHILLIPS, Appellant. [658 NYS2d 320] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered May 13, 1994, convicting him of robbery in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

During summation, the prosecutor improperly asserted that a prosecution witness had identified the defendant during a lineup as having been one of the robbers (*see, People v Pavao,* 59 NY2d 282). However, the prosecutor's mischaracterization was cured by the court's prompt curative instruction to the jury, during which the court stated, "I think [the witness] said he wasn't sure as to which person * * * he picked out", and invited the jury to request a readback of the relevant testimony (*see, People v Galloway,* 54 NY2d 396; *People v Alexandria,* 126 AD2d 655). In any event, in light of the overwhelming evidence of the defendant's guilt, the error was harmless (*see, People v Crimmins,* 36 NY2d 230).

The defendant's remaining contentions are either not

preserved for appellate review or without merit. Rosenblatt, J. P., Miller, Ritter and Goldstein, JJ., concur.